Theresa PATTERSON,
Appellant Pro Se,

v.

COMMUNICATIONS WORKERS OF AMERICA LOCAL 6326 I O; Division of Employment Security, Respondents.

No. WD 62132.

Missouri Court of Appeals,
Western District.

June 24, 2003.

Theresa Patterson, Kansas City, pro se.

Sharon A. Willis, Kansas City, MO, for respondent Division of Employment Security.

Joseph W. Moreland, Kansas City, KS, for respondent Communications Workers of America Local 6326 I O.

Before JOSEPH M. ELLIS, Chief Judge, JAMES M. SMART, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Appellant Theresa Patterson appeals from an order of the Labor and Industrial Relations Commission in favor of Respondents Communications Workers of America and the Division of Employment Security. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).